UNITED STATES 216DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Daniel Ismael Tenemasa Lema

v.                                                           Case No. 1:26-cv-00615-JL-AJ

David Wesling, et al.

## **ORDER**

Before the court is the habeas petition brought by Daniel Ismael Tenemasa Lema challenging his ongoing ICE detention.[1]  After reviewing the petition, the court ordered the respondents to show cause why it should not afford the petitioner the same relief ordered in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025) (Elliott, C.J.).[2]  In response, the government notes that it "object[s] to this Court granting relief on the basis of *Destino*" on the ground that the case was "wrongly decided," but concedes that the court would "likely reach the same result and would order that Petitioner be afforded a bond hearing before an immigration judge" if it applied *Destino*'s reasoning here.[3]  The government also concedes that "Petitioner appears to be a member" of the classes certified in *Guerrero Orellana v. Moniz*, 2025 WL 3687757, *10-11 (D. Mass. Dec. 19, 2025) and *Maldonado Bautista v. Santacruz*, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025).[4]

Thus, no cause having been shown why it should not afford the petitioner the same relief ordered in *Destino*, the court, applying the reasoning in that case, orders the respondents to provide Tenemasa Lema with a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable.  The bond hearing shall be conducted in accordance with the procedural protections set forth in *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021), with DHS bearing the burden of providing, by clear and convincing evidence, that Tenemasa Lema poses a danger to the community, or, by a preponderance of evidence, that he poses a flight risk.  The petition is DENIED in all other respects.  The parties shall file a status report on or before **August 21, 2026**.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Dated: August 11, 2026
Cc: Counsel of record

---

[1] Doc. no. 1.
[2] Doc. no. 5.
[3] Show Cause Response (doc. no. 7) at 1-2.  The court makes no finding as to the preservation of any grounds or arguments mentioned, but not actually argued or developed, on the record of this case.
[4] *Id*. at 3.